UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                Plaintiff,

-against-

ZILLOW GROUP, INC.,

                Defendant.

25-CV-0225 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action against Defendant Zillow Group, Inc. Plaintiff contends that Defendant refuses to list four properties for sale by owner.[1] The Court dismisses the complaint without prejudice for the following reasons.

    Plaintiff has previously submitted to this court a substantially similar complaint. That case is presently pending in this court as *Buxbaum v. Zillow, Inc.*, 24-CV-10054-LTS. In the earlier action, Plaintiff contends that he was unable to list the same four properties for sale by owner with Zillow.[2] That action cannot proceed until Plaintiff pays the filing fees or submits an application to proceed *in forma pauperis*. As this new complaint raises the same claims already raised in *Buxbaum*, 24-CV-10054, no useful purpose would be served by litigating this duplicate lawsuit.[3]

---

[1] The properties are described in the complaint, 25-CV-0225, 1, as: (1) 27A Heritage Drive, New City, N Y 10956; (2) 198 Monitor Street, Apt 2A, Brooklyn, NY 11222; (3) 19 Braemar Court, New City, NY 10956; and (4) 214 Foltim Way, Congers, NY 10920.

[2] The properties are described in the complaint, 24-CV-10054, 1, as: (1) 27A Heritage Drive, New City, NY 10956; (2) 198 Monitor Street, Apt 2A, Congers, NY 10920; (3) 19 Braemar Court, New City, NY 10956; and (4) 214 Foltim Way, Congers, NY 10920.

[3] The earlier action is against Defendant Zillow, Inc., and the new action is against Defendant Zillow Group, Inc. If Plaintiff needs to add or substitute a defendant, he can, to the extent consistent with Rule 15 of the Federal Rules of Civil Procedure, do so by filing an amended complaint in *Buxbaum*, 24-CV-10054, rather than bringing a new action.

Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 24-CV-10054 (LTS).

## CONCLUSION

Plaintiff's complaint is dismissed without prejudice as duplicative of the pending case under docket number 24-CV-10054 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  January 13, 2025
        New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge